ARTHUR M. KETSCHKE, PROSECUTOR, v. THE MAYOR AND COUNCIL OF THE BOROUGH OF WOODBRIDGE, RESPNDENTS.

Submitted January term, 1929—Decided May 7, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the prosecutor, *Wright, Vander Burgh & McCarthy.*

For the respondent, *Stanton T. Lawrence.*

PER CURIAM.

The prosecutor having filed and submitted no brief within the time limited by the rules of this court, nor at any time, the writ of *certiorari* is dismissed, with costs.